IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CEDRIC GREENE**                                                                                     **PLAINTIFF**

v.                                      Case No. 3:26-cv-00024-KGB

**CHARTER SPECTRUM, INC.**                                                                    **DEFENDANT**

## ORDER

Plaintiff Cedric Greene filed a *pro se* complaint in this district (Dkt. No. 2). In the complaint, Greene states that he is a resident of Los Angeles, California, and that defendant Charter Spectrum, Inc., has its principal place of business in Connecticut (*Id.*, at 1–2). Greene asserts jurisdiction based on diversity of citizenship (*Id.*, at 3). From the facts alleged in the complaint, it appears that venue properly lies in the United States District Court for the Central District of California. 28 U.S.C. § 1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Central District of California. 28 U.S.C. § 1406(a). It is therefore ordered that the Clerk of the Court is directed to transfer immediately Greene's entire case file to the United States District Court for the Central District of California.

It is so ordered this 20th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge